**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 157 DB 2021  (No. 1 RST 2022) |
| | : | |
| ELIZABETH LEE RITTER | : | Attorney Registration No. 54180 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Centre County) |

**O R D E R**

**PER CURIAM**

**AND NOW**, this 13th day of January, 2022, the Report and Recommendation of Disciplinary Board Member dated January 4, 2022, is approved and it is ORDERED that ELIZABETH LEE RITTER, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.